**Brooks Hough BEARDEN, Petitioner,**

**v.**

**Ava POWELL, County Judge of Rogers County, Respondent.**

**No. A–14528.**

Court of Criminal Appeals of Oklahoma.

Nov. 29, 1967.

Robert L. Mason, Tulsa, for petitioner.

## MEMORANDUM OPINION

NIX, Presiding Judge.

This matter coming on application of petitioner for this court to assume jurisdiction and issue a writ of prohibition in the above styled and numbered cause, and the Court being fully advised in the premises;

Are of the opinion that there is an adequate remedy at law by appeal;

And the Court, therefore, declines to assume jurisdiction in this cause involving case No. 10229 pending in the County Court of Rogers County, Oklahoma.

BUSSEY and BRETT, JJ., concur.